Dear ms. or mr.


SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 14 2022
ARTHUR JOHNSTON
BY _____ DEPUTY

I George Johnson was incarcerated By the federal Government on Nov 12, 2012. My name in inmate number George Johnson 16876-043. Birthday 11-18-1984. I am Please acuse of Being someone else. Can you please seen my arrest record form Nov 12, 2012 to Jen, 2, 2022 when the U.S. Marshall was arrest me when I was on polrole please. they think I am someone name George Ray Johnson Jr But I am try to prove I am not the guy. I no George Johnson an I know where I was. I am trying to prove I was living in mississippi all my life please I write you mr or ms. Court Clerk please send my Record.

Your Sincerely
George Johnson

My Booking number 2212-361
For austin TX

Address  3614 Bill price Rd
         Del valle, TX 78617