2212-361

George Johnson
3614 Bill Price Road
Del-Valle, TX 78617

Fedral
Clerk Office
E. 501 Court St.
Jackson, MS, 39201

RECEIVED
NOV 14 2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

AUSTIN TX
RIO GRANDE DISTRICT
10 NOV 2022 PM 2

39201-502299



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT © USPS 2019